**Appeal Dismissed and Memorandum Opinion filed December 17, 2019.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00578-CV

---

### DWAINE  CAMPBELL, Appellant

### V.

### TOLA  ORESUSI, Appellee

---

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1135091**

---

### MEMORANDUM  OPINION

This is an appeal from a final judgment signed July 18, 2019. Appellant's brief was due October 4, 2019. No brief or motion for extension of time to file the brief was filed.

On October 22, 2019, the court ordered appellant to file a brief by November 21, 2019. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant.